**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| F.F., a minor, by and through her next friend and father, JAMES ELLARD FISHER | |
| Plaintiff, | Cause No. 1:25-cv-9112 |
| v. | Judge: Sharon Johnson Coleman |
| VALLEY VIEW COMMUNITY UNIT SCHOOL DISTRICT 365 U, et al, | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS**

Defendants Valley View Community Unit School District 365U ("the District"), Dr. Keith Wood, in his official capacity as Superintendent of Schools for the District, and Dr. Jason Pascavage, in his official capacity as Principal of Bolingbrook High School, by counsel, Tressler LLP, file this Motion to Dismiss under Fed. R. Civ. P. 12(b)(6). Defendants move to dismiss all claims brought against them in this action, and in support state:

1. Plaintiff fails to state a cognizable Fourteenth Amendment Equal Protection claim.

2. Plaintiff fails to state a cognizable Title IX claim.

3. Plaintiff's privacy concerns do not salvage her complaint.

4. Plaintiff's requested relief is facially unconstitutional in light of binding Seventh Circuit case law.

In support of this Motion, Defendants contemporaneously file, and incorporate by reference, their Memorandum of Law in Support of their Motion to Dismiss.

1

**WHEREFORE**, for the foregoing reasons, Defendants Valley View Community Unit School District 365 U, Dr. Keith Wood, in his official capacity as Superintendent of Schools for the District, and Dr. Jason Pascavage, in his official capacity as principal of Bolingbrook High School, respectfully request that this Court grant their Motion to Dismiss this action for failure to state a cognizable claim upon which relief may be granted, and to award them any other relief deemed just and proper under the circumstances.

Respectfully submitted,

*Darcy L. Proctor*

Darcy Proctor
John O'Driscoll
Alexander Myers
TRESSLER LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
312-627-4000
dproctor@tresslerllp.com
jodriscoll@tresslerllp.com
amyers@tresslerllp.com

2