**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| F.F.,<br><br>Plaintiff(s),<br><br>v.<br><br>Valley View Community Unit School District 365U et al,<br><br>Defendant(s). | Case No. 25 cv 9112<br>Judge Sharon Johnson Coleman |

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Valley View Community Unit School District 365U, Dr. Keith Wood, Dr. Jason Pascavage,
and against plaintiff(s) F.F.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on motion to dismiss.

Date: 7/13/2026

Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk