# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

F.F.

                                                  Plaintiff,

v.                                           Case No.: 1:25−cv−09112

                                           Honorable Sharon Johnson Coleman

Valley View Community Unit School District 365U, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court denies Plaintiff's motion to Alter Judgment [63] for the reasons outlined in its initial Memorandum Opinion and Order [61] but grants the alternative relief requested therein. Accordingly, the Court stays its denial of Plaintiff's motion to proceed anonymously until appellate review of that denial. The Court is also in receipt of Plaintiff's Motion to Alter Judgement and for Leave to File an Amended Complaint [64]. The Court clarifies that its dismissal [61] is with prejudice based on futility grounds. While Plaintiff asserts the Court should provide Plaintiff with leave to amend under the liberal Rule 15(a)(2) standard, courts may deny a proposed amended pleading if the amendment would be futile." See Int'l Union of Operating Eng'rs, Loc. 139 v. Daley, 983 F.3d 287, 296 (7th Cir. 2020). Here, any amendment to the pleadings would be futile since: (1) the facts underlying Plaintiff's claims rely on speculative and unsupported factual conclusions as to a student's assigned sex at birth and gender expression, a deficiency that cannot be cured; and (2), as extensively explained in the Court's ruling, Defendants' Policy does not include any discriminatory classifications and does not treat any students differently on the basis of their sex or transgender identity. Accordingly, based on this clarification, the Court denies Plaintiff's Motion [64]. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.